IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ESTEBAN BALLI,

    Plaintiff,

vs.                                               Civ. No. 99-381 BB/WWD

GIANT INDUSTRIES ARIZONA, INC.,

    Defendant.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Defendant's Motion to Compel Responses to [docket no. 29] filed January 3, 2000. Defendant seeks an order compelling Plaintiff to provide full and complete responses to Defendant's first set of interrogatories and request for production, and in its brief in support of its motion, Defendant specifically seeks full and complete responses to interrogatories numbered 3, 4, and 8 and requests for production 1, 5, and 6. Additionally, Defendant seeks verification of all responses made in accordance with the Federal Rules of Civil Procedure and clear copies of documents which are produced. Plaintiff filed no objection to Defendant's first set of interrogatories and request for production of documents; accordingly, no proper objection has been made to any of the discovery sought in Defendant's first set of interrogatories and request for production.

    **WHEREFORE,**

    **IT IS ORDERED** that on or before <u>January 20, 2000</u>, Plaintiff shall furnish full and complete answers to interrogatories numbered 3, 4, and 8.

**IT IS FURTHER ORDERED** that on or before January 20, 2000, Plaintiff shall supplement answers made to interrogatories by providing a signed verification of the responses as is required by Fed. R. Civ. P. 33.

**IT IS FURTHER ORDERED** that on or before January 20, 2000, Plaintiff shall serve upon Defendant legible copies of documents numbered 91-95, 106-108, and 126.

**IT IS FURTHER ORDERED** that on or before January 20, 2000, Plaintiff shall produce to Defendant legible copies of all documents sought in request for production number 1.

**IT IS FURTHER ORDERED** that on or before January 20, 2000, Plaintiff shall produce to Defendant copies of any agreement between Plaintiff and his attorney regarding attorney fees in this matter.

**FINALLY, IT IS ORDERED** that on or before January 20, 2000, Plaintiff shall execute and deliver to Defendant an authorization to release tax records.

_____
UNITED STATES MAGISTRATE JUDGE