IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ESTEBAN BALLI,

    Plaintiff,

vs.                                            Civ. No. 99-381 BB/WWD

GIANT INDUSTRIES ARIZONA, INC.,

    Defendant.

MEMORANDUM OPINION AND ORDER

    This matter comes before the Court upon Plaintiff's two Motions for Expedited Briefing filed April 27, 2000 (**Docket # 66 & 70**); Plaintiff's motion to Extend Discovery Deadline (**Docket #68**) and Defendant Giant Industries Motion for expedited briefing on its motion for extension of pre-trial deadlines and to vacate pre-trial conference and trial setting (**Docket #65**). Plaintiff filed his Third Amended Complaint on April 12, 2000, and Defendant Giant filed its answer to that complaint on April 27, 2000. The present deadline for discovery is May 22, 2000. New parties have been added by the new complaint. An adjustment of pre-trial deadlines is called for and will be made. Further briefing on this question is not necessary.

    **WHEREFORE,**

    **IT IS ORDERED** that the pending motions for expedited briefing ( **Docket #65, 66 and 70**) be, and they hereby are, **DENIED.**

**IT IS FURTHER ORDERED** that the motion[1] to extend deadlines (**DOCKET # 68**) is GRANTED, and the schedule[2] or deadlines for pre-trial practice in this cause shall be modified as follows, to wit:

Discovery to be completed by July 20, 2000.

Discovery motion packages to be filed by August 28, 2000.

Other Pre-Trial motions packages to be filed by October 5, 2000.

Pre-Trial Order: Plaintiff to Defendants by October 12, 2000.

Pre-Trial Order: Defendants to Court by October 23, 2000.

/s/ _____
UNITED STATES MAGISTRATE JUDGE

---

[1] It is anticipated that Defendant will withdraw its discovery extension motion.

[2] Dates for the trial and for the pre-trial conference will by set by the trial judge.