IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ESTEBAN BALLI,

    Plaintiff,

vs.                                                                    Civ. No. 99-381 BB/WWD

GIANT INDUSTRIES ARIZONA, INC.,

    Defendant.

## MEMORANDUM OPINION AND ORDER

    This matter comes before the Court upon Defendant's Motion for Expedited Briefing on Its Motion for Extension of Deadline to Respond to Plaintiff's Third Set of Interrogatories, Request for Production and Request for Admissions. After reviewing the aforementioned motion, the Response thereto and the underlying motion entitled Defendant's Motion for Extension of Deadline to Respond to Plaintiff's Third Set of Interrogatories, Request for Production and Request for Admissions, Vacate Pretrial Conference and Trial Setting, I see no reason to delay ruling on both motions. I do not address the portion of the underlying motion which deals with the pretrial conference and trial setting.

    **WHEREFORE,**

    **IT IS ORDERED** that Defendant shall have until and including June 12, 2000, to respond to Plaintiff's Third Set of Interrogatories, Request for Production and Request for Admissions.

    **ITS IS FURTHER ORDERED** that Defendant's Motion for Expedited Briefing [etc.] be, and it is hereby **DENIED.**

                                                                                       _____
                                                                                        UNITED STATES MAGISTRATE JUDGE